IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE KENNEY, and JAMIE INGRAM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civ. Act. No.: 2:18-cv-703-ECM ) |
| WAYNE FARMS LLC, | ) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Plaintiffs' notice of dismissal (doc. 16), filed on March 25, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(i), this action has been dismissed with prejudice by operation of Rule 41.

The Clerk of Court is DIRECTED to close the case.

DONE this 26th day of March, 2019.

                                        /s/ Emily C. Marks
                                     EMILY C. MARKS
                                     CHIEF UNITED STATES DISTRICT JUDGE